Blas Alvarez, Respondent, v. Douglas V. Ashley, as Receiver, etc., of T. H. Gill Company, Appellant.— Motion denied, with ten dollars costs.

Samuel Beskin, Claimant, Respondent, v. The State of New York, Appellant.— Judgment unanimously affirmed, with costs.

Harry Barton, Respondent, v. Harry Hiserodt and Another, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with ten dollars costs and disbursements.

Mary M. Casey, as Administratrix, etc., of Frank A. Casey, Deceased, Respondent, v. Mary K. Ernst and Others, Appellants.— Motion for stay denied, with ten dollars costs.

Julia S. Cane, Appellant, v. Sol S. Cane, Respondent.— Order reversed on the law and facts, and order granted modifying decree by providing that defendant pay to the plaintiff the sum of forty dollars per week alimony, with ten dollars costs and disbursements. All concur.

Cluett, Peabody & Company, Inc., Appellant, v. James C. Davis, Agent Designated by the President under the Transportation Act of 1920,* as Substituted, Respondent.— Order affirmed, with costs. All concur, except Hasbrouck, J., dissenting.

John S. Costa, Respondent, v. Matthew M. Ryan, Appellant.— Judgment and order unanimously affirmed, with costs.

Before State Industrial Board, Respondent. John Dineen, Claimant, Respondent, v. Sylvester A. Seymour, Appellant.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the claimant was an independent contractor within the cases of *Matter of Litts* v. *Risley Lumber Co.* (224 N. Y. 321); *Ball* v. *Estate of Bertelle* (201 App. Div. 768); *Sullivan* v. *Glens Falls Portland Cement Co.* (202 id. 854; affd., 234 N. Y. 552). All concur.

Before State Industrial Board, Respondent. Thomas Doyle, Claimant, Respondent, v. Thomas Burton, Appellant, and Another.— Award unanimously affirmed, on the authority of *Industrial Commission* v. *Nordenholt Corporation* (259 U. S. 263; 42 Sup. Ct. Rep. 473), with costs in favor of the State Industrial Board.

Before State Industrial Board, Respondent. Mary Del Bel, Claimant,

---

* See 41 U. S. Stat. at Large, 461, § 206; since amd. by 42 id. 393, 394, chap. 70; Pres. Proc. March 26, 1921, 42 id. ——. See, also, Transportation Act of 1920 (41 U. S. Stat. at Large, 462), § 206, subds. h, i, as added by 42 id. 1443, chap. 233, in effect March 3, 1923.— [Rep.